**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Geraldine Yazzie, | ) | |
| Plaintiff, | ) | No. CV 05-3314-PCT-PGR |
| v. | ) | ORDER |
| City of Holbrook, et al. | ) | |
| Defendants. | ) | |

In light of the parties' Stipulation for Dismissal With Prejudice (Doc. 20), IT IS ORDERED that this matter and all claims included therein be dismissed with prejudice. Each party is to bear his/her/its own costs and attorney fees. Therefore, IT IS ORDERED dismissing with prejudice Case No. CV 05-3314-PCT-PGR. The Clerk is directed to close the case.

DATED this 18th day of July, 2006.

Paul G. Rosenblatt
United States District Judge